IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILLIP E. JOHNSON and )<br>GLORIA A. JOHNSON, )<br>in their individual capacities )<br>and in their capacities as )<br>trustees for various defendants )<br>herein; LIFE SCIENCE CHURCH OF )<br>CEDAR HILLS, ORDER OF ALMIGHTY )<br>GOD, CHAPTER 9154; BASIC BIBLE )<br>CHURCH OF AMERICA, ORDER OF )<br>ALMIGHTY GOD, CHAPTER 7024; )<br>JOAN M. NOSKE, in her capacity )<br>as trustee for Chapter 7024 of )<br>the Basic Bible Church of )<br>America; BBCA, INC.; WAYNE K. )<br>THOMPSON; DARLENE THOMPSON; and )<br>KANDIYOHI COUNTY, a Minnesota )<br>municipality, )<br>)<br>Defendants. )<br>) | Civ. No. 3-88-4 |

## ORDER CONFIRMING SALE AND DIRECTING DISBURSEMENT OF PROCEEDS

This matter came before the Court on the United States' motion to confirm the foreclosure sale of the real property at issue in this matter which was held on July 28, 1993 pursuant to the Decree of Foreclosure entered by this Court on June 30, 1989.

The Court, having reviewed the United States Marshal's Report of Sale filed in this case, finds that the sale was in all respects legally and properly conducted. Accordingly, it is hereby;

ORDERED, ADJUDGED, AND DECREED that the sale of the real property on July 28, 1993, be, and the same is hereby, approved and confirmed. It is further;

ORDERED that the United States Marshal shall, upon receipt of a copy of this Order, convey the real property to each of the persons described as purchasers in the Marshal's Report filed in this case. It is further;

ORDERED that after the execution and delivery of the Deeds to each of the purchasers by the United States Marshal, each purchaser is hereby granted possession and full legal title to and interest in the property against any and all persons now in possession of or claiming any interest in or lien against the property. It is further;

ORDERED that upon issuance of this Order of Confirmation of Sale, all interests in, liens against, or claims to, the property that are held or asserted by plaintiff or any of the defendants, and their assigns, in this action are discharged and extinguished and the purchasers shall have clear and exclusive title to the subject property. It is further;

ORDERED that the United States Marshal shall retain the costs of sale in the amount of $1,044.10, and pay over the balance of the proceeds in this case as follows:

1. $2,135.35, plus any accrued interest thereon shall be paid to defendants Wayne H. and Darlene Thompson in full satisfaction of their judgment dated March 9, 1981. In order to effect payment of this amount, defendants Wayne H. and Darlene

Thompson shall notify the United States of America and the United States Marshals Service, in writing, within thirty days of the date of this Order of the full amount of their claim. If such information is not provided to the United States and the United States Marshals Service within thirty days of the date of this Order, the Marshal is hereby ordered to pay to the defendant Thompsons the amount of $2,135.35 in full satisfaction of their claim in this case;

2. The balance of the proceeds of the sale shall be paid to the United States of America in partial satisfaction of its judgment in this case.

3. No other parties in this case shall be paid from the proceeds of the sale as the costs of sale and the first and second priority judgments of the Thompsons and the United States fully exhaust the proceeds.

Dated April 22, 1994

*[signature]*
UNITED STATES DISTRICT JUDGE